

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ROMULO CORONADO ORTIZ and<br>DOROTHY LORETTA ORTIZ,<br><br>　　　　　　Debtor(s).<br><br>ROMULO CORONADO ORTIZ and<br>DOROTHY LORETTA ORTIZ,<br><br>　　　　　　Plaintiff(s),<br>v.<br><br>JOHN SCHMIDT and ANNETTE L.<br>SCHMIDT,<br><br>　　　　　　Defendant(s). | Case No. 04-26601-C-7<br><br>Adversary No. 04-2345<br><br>DC No. JSO-3 |

**FILED MAR 1 4 2006 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA**

**MEMORANDUM DECISION ON MOTION FOR ISSUANCE OF SUPPLEMENTAL JUDGMENT**

This is a motion to amend a judgment originally entered in this adversary proceeding in order to reflect the actual intent of the prior judgment.

The court is persuaded that the request is appropriate. The judgment debtors have not opposed the motion. Accordingly, the motion will be granted, and the proposed supplemental judgment will be entered.

Dated: March 14, 2006.

_____
UNITED STATES BANKRUPTCY JUDGE

45

## CERTIFICATE OF SERVICE

1. On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Jeffrey S. Ogilvie
1330 West St
Redding, CA 96001


John W. Reger
P.O. Box 933
Palo Cedro, CA 96073

Byron Lee Lynch
1805 Hilltop Dr., #202
Redding, CA 96002

John Schmidt
772 Walnut Street #7
San Carlos, CA 94070

Annette Schmidt
772 Walnut Street #7
San Carlos, CA 94070


Dated:

3/16/06

_____
DEPUTY CLERK